## 72428. STANLEY v. BOOZ et al.
## 72429. STANLEY v. NEWTON et al.
## 72430. STANLEY v. MARSHALL et al.
### (346 SE2d 1)

McMURRAY, Presiding Judge.

Plaintiff and his wife were the driver and passenger, respectively, of a vehicle which was involved in a collision. Each filed a separate action seeking damages for personal injuries from the same defendants. The wife's case was tried before a jury, resulting in a verdict in favor of all the defendants.

Subsequently, defendants moved for summary judgment, relying upon the "doctrine of binding precedent." Plaintiff appeals from the grant of summary judgment in favor of defendants. *Held*:

*Norris v. Atlanta & West Point R. Co.*, 174 Ga. App. 389 (330 SE2d 151), relied upon by the trial court has been reversed and the "doctrine of binding precedent" enunciated therein rejected as violative of due process. See *Norris v. Atlanta & West Point R. Co.*, 254 Ga. 684 (333 SE2d 835). Genuine issues of material fact remain for resolution by a jury.

*Judgments reversed. Carley and Pope, JJ., concur.*

### DECIDED MAY 15, 1986 —
### REHEARING DENIED MAY 30, 1986 —

*Robert E. Falligant*, for appellant (case no. 72428).
*Julian H. Toporek*, for appellant (case nos. 72429, 72430).
*Don Smart, Stanley Karsman, David Smith, Thomas J. Lee, A. Martin Kent, R. Stephen Sims*, for appellees.